<table>
<tr><td></td><td></td><td>Vacated and<br>Remanded</td></tr>
<tr><td>CAAP–<br>13–00<br>04229</td><td>Rodenhurst, In re</td><td>Affirmed</td></tr>
<tr><td>CAAP–<br>12–00<br>00098</td><td>Wilson v. Noel</td><td>Affirmed</td></tr>
</table>

### May 13, 2015

| CAAP–<br>13–00<br>01391 | State v. Copeland | Affirmed |
| CAAP–<br>14–00<br>00809 | Villanueva v. State | Affirmed |

### May 15, 2015

| CAAP–<br>11–00<br>00082 | AB, In re | Affirmed |
| CAAP–<br>14–00<br>00647 | Mortgage Elec. Registration Systems, Inc. v. Wise | Affirmed |
| CAAP–<br>13–00<br>00116 | Wilborn v. Frasier | Affirmed |